Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Jeff S. Westerman (SBN 94559)
*jwesterman@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Yufei Wang (SBN 346170)
*ywang@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Ave., Suite 500
Burbank, CA  91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., J.S., and M.A. individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>MEDVI LLC,<br><br>                    Defendant. | Case No. 2:26-cv-03796-GW (AJRx)<br><br>**PLAINTIFF J.F.'S NOTICE OF RELATED CASE PURSUANT TO CIV. L. R. 83-1.3.1**<br><br>Judge: Hon. George H. Wu<br>Ctrm:  9D |

PLAINTIFF J.F.'S NOTICE OF RELATED CASE PURSUANT TO CIV. L. R. 83-1.3.1

Pursuant to Local Rule 83-1.3.1, Plaintiff J.F. ("Plaintiff J.F.") the named Plaintiff in the proposed related action below, hereby provides notice of the following related case currently pending in the United States District Court for the Central District of California:

1.      *J.F. v. MEDVi, LLC*, Case No. 2:26-cv-04247-JAK (SSCx) (C.D. Cal.), filed April 22, 2026.

Local Rule 83-1.3-1 requires parties to provide notice of related cases "whenever two or more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially similar questions of law and fact; or (c) for other reasons that would entail substantial duplication of labor if heard by different judges." C.D. Cal. L.R. 83-1.3.1.

The above-captioned case and the matter(s) listed herein are class actions premised on allegations regarding the unlawful collection of private and confidential patient data ("PII/PHI") by Defendant MEDVi, LLC ("Defendant") and disclosure of that PII/PHI to third parties, outside of the provider-patient relationship, through Defendant's use of tracking technology embedded on its website, including Google Ads remarketing and analytics tools, without their knowledge or consent in violation of both state and federal law. Accordingly, the allegations set forth in the proposed related action listed above virtually mirror the allegations set forth in the above-captioned case, and the matters include substantial overlap in both questions of law and fact. Accordingly, the above-referenced action should be deemed related and proceed before the same Court of this District.

DATED: April 23, 2026                    Respectfully submitted,

/s/ Tina Wolfson
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Jeff S. Westerman (SBN 94559)
jwesterman@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Yufei Wang (SBN 346170)
ywang@ahdootwolfson.com

1

PLAINTIFF J.F.'S NOTICE OF RELATED CASE PURSUANT TO CIV. L. R. 83-1.3.1

**AHDOOT & WOLFSON, PC**
2600 W. Olive Ave., Suite 500
Burbank, CA  91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

*Attorneys for Plaintiff and the Putative Class*

2

PLAINTIFF J.F.'S NOTICE OF RELATED CASE PURSUANT TO CIV. L. R. 83-1.3.1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Ahdoot & Wolfson, PC, 2600 West Olive Avenue, Suite 500, Burbank, California 91505. On the date set forth below, I served the within documents:

► **PLAINTIFF J.F.'S NOTICE OF RELATED CASE PURSUANT TO CIV. L. R. 83-1.3.1**

☒ **BY HAND** on April 23, 2026 I arranged to have the above documents personally served on the parties at the addresses as set forth below. Service to be accomplished by First Legal Support Services on April 24, 2026.

MEDVi, LLC
c/o U.S. Corp. Agents, Inc.
131 Continental Dr., Suite 305
Newark DE 19713

☐ **OVERNIGHT MAIL (FEDEX)** by depositing an envelope in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to received documents in an envelope or other package designated by this express service carrier, with delivery fees paid or provided for. Delivery to be accomplished no later than the next business day.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List. I certify that all participants in this case are registered CM/ECF users.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Wail Jihadi**
  wjihadi@peifferwolf.com

- **Victor J. Sandoval**
  victor@almeidalawgroup.com,victor@ecf.courtdrive.com, phoebe@almeidalawgroup.com

1

- **Andrew R. Tate**
  atate@peifferwolf.com,azika@peifferwolf.com,
  cpatton@peifferwolf.com,jbrown@peifferwolf.com,
  bwise@peifferwolf.com,
  eheltz@peifferwolf.com,wjihadi@peifferwolf.com

☒    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 23, 2026, at San Diego, California.

_____
Carlos D. Armijo

---

2

PLAINTIFF J.F.'S NOTICE OF RELATED CASE PURSUANT TO CIV. L. R. 83-1.3.1