Victor J. Sandoval (SBN 344461)
**ALMEIDA LAW GROUP LLC**
3415 S. Sepulveda Blvd. Suite 1121
Los Angeles, California 90034
562-534-5907
victor@almeidalawgroup.com

*Attorney for Plaintiffs & the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

E.P., J.S., *and* M.A., *on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

MEDVi, LLC,

Defendant.

Case No. 2:26-cv-03796-GW (AJRx)

Assigned to: Hon. George H. Wu

**DECLARATION OF VICTOR J. SANDOVAL IN SUPPORT OF THE JOINT STIPULATION TO CONTINUE THE HEARING DATE ON THE MOTION TO COMPEL ARBITRATION**

Complaint Served: April 22, 2026
Hearing Date: July 27, 2026
New Hearing Date: October 15, 2026

I, Victor J. Sandoval declares as follows:

1. I am an attorney duly licensed to practice law in the State of California and an attorney with the law firm Almeida Law Group LLC, counsel for plaintiffs E.P., J.S., and M.A ("Plaintiffs") in the above-entitled action. I submit this declaration in support of the parties' Joint Stipulation to Continue the Hearing Date on the Motion to Compel Arbitration. I have personal knowledge of the facts set for the herein and, if called upon to do so, I would and could competently testify thereto.

2. Plaintiffs and defendant MEDVi, LLC ("Defendant;" together with Plaintiffs, "the Parties") participated in a mediation on August 12, 2026. The Parties did not reach a resolution at the mediation, but have continued to negotiate following the mediation and believe they are able to reach a resolution.

3. Since the mediation, the Parties have continued to negotiate. Based on those discussions, I believe in good faith that the Parties can reach a resolution of this action within the next 30 days.

4. The Parties seek a short continuance so that those negotiations may conclude before the Parties incur the further expense of completing briefing on Defendant's Motion to Compel Arbitration. Should the matter resolve, the continuance will conserve both the Parties' and the Court's resources.

5. Under the Court's June 22, 2026 Order (ECF 23), Plaintiffs' opposition to Defendant's Motion to Compel Arbitration is presently due September 10, 2026.

6. The hearing date on Defendant's Motion to Compel Arbitration has been continued once previously. On June 17, 2026, the Parties filed a joint stipulation to continue the hearing from July 27, 2026 to October 15, 2026 to accommodate the mediation (ECF 22), which the Court granted on June 22, 2026 (ECF 23). The Parties also previously stipulated to extend Defendant's time to respond to the initial complaint by 14 days (ECF 19) and by an additional 7 days (ECF 20). This is the Parties' second request to continue the hearing date on Defendant's Motion to Compel Arbitration.

7. No party will be prejudiced by the extension.

8. The requested extension is sought in good faith and not for the purposes of delay or any other improper reason.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of September, 2026 in Los Angeles, California.

DATED: September 8, 2026 By: /s/ *Victor J. Sandoval*
Victor J. Sandoval